IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON I. MACK, : | |
|     Petitioner : | |
|     v. : | Case No. 3:22-cv-184-KAP |
| ERIC TICE, WARDEN, : | |
| S.C.I. SOMERSET, : | |
|     Respondent : | |

<u>Memorandum Order</u>

    Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2254 challenging his custody pursuant to a 2017 sentence in the Court of Common Pleas of Cambria County. Since petitioner is not proceeding *in forma pauperis*, the Marshal shall make service of the petition and this Order on the respondent (the Warden), the Pennsylvania Attorney General, and the District Attorney for Cambria County, costs to be advanced by the petitioner. Within twenty days of service, respondent, through the District Attorney for Cambria County, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

    In accordance with the case management system in place in this district, this case has been preliminarily assigned to me. If they have not already done so, all parties or their counsel should complete an election form (available at https://www.pawd.uscourts.gov/forms/ under "Local Forms") either consenting to jurisdiction by a Magistrate Judge with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals) and shall file the form with the Clerk.

    The Clerk shall correct the docket by deleting the district attorney. He may eventually appear as counsel, but the proper respondent is the person having legal custody of the petitioner.

DATE: February 9, 2023

                                               Keith A. Pesto,
                                               United States Magistrate Judge

Notice by U.S. Mail to:

Aaron I. Mack MZ-8159
S.C.I. Somerset
1590 Walters Mill Road
Somerset, PA 15510-0001